IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FREDY AREVALO, et al., )
 )
 Plaintiffs, )
 )
 v. ) 1:11cv381(LMB/TRJ)
 )
EAST COAST GLOBAL, INC., et al., )
 )
 Defendants. )
 )

ORDER

Before the Court is a Report and Recommendation ("Report") issued by a magistrate judge on December 14, 2011 [Dkt. No. 24], which recommended that default judgment be entered against defendants and that plaintiffs be awarded specified sums in damages and $17,251.20 in attorneys' fees. See Report at 29-31. The parties were advised that any objections to the Report had to be filed within 14 days and that failure to file a timely objection waived the right to appeal the substance of the Report and any judgment based upon the Report. As of January 12, 2012, no party has filed an objection. The Court has reviewed the Report, plaintiffs' motions, and the case file and adopts the Report in its entirety.

The magistrate judge correctly determined that the Court has subject matter jurisdiction over this action pursuant to 28

U.S.C. § 1331, due to plaintiffs' claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has supplemental jurisdiction over plaintiffs' state and District of Columbia law claims pursuant to 28 U.S.C. § 1367. Because defendant East Coast Global resides in this district and all defendants reside in Virginia, and because a substantial portion of the events giving rise to the claims occurred in this district, venue is proper pursuant to 28 U.S.C. § 1391(b). The Court has personal jurisdiction over defendants based on their residence in Virginia and the individual defendants' intimate involvement with East Coast Global and the events underlying the instant action.

The Court further finds that the magistrate judge properly calculated the damages and attorneys' fees to which plaintiffs are entitled. Accordingly, plaintiffs' motions for default judgment and attorneys' fees [Dkt. Nos. 13 and 16] are GRANTED and it is hereby

ORDERED that default judgment be and is entered against all defendants; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Walter Arze-Perez in the total amount of $7,390.00. East Coast Global, Inc. is liable for the entire $7,390.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi

are jointly and severally liable for $6,250.00 of the $7,390.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Francisco Javier Chavez in the total amount of $4,615.50. East Coast Global, Inc. is liable for the entire $4,615.50; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $3,446.50 of the $4,615.50; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Jaime Claure in the total amount of $3,165.00. East Coast Global, Inc. is liable for the entire $3,165.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $1,406.50 of the $3,165.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Juan Carlos Delgadillo in the total amount of $960.00. East Coast Global, Inc. is liable for the entire $960.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $928.00 of the $960.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Hugo Garcia-Guzman in the total amount of $7,732.00. East Coast Global, Inc. is liable for the entire $7,732.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi

are jointly and severally liable for $6,816.00 of the $7,732.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Esteben Guerreño in the total amount of $3,990.12. East Coast Global, Inc. is liable for the entire $3,990.12; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $3,253.62 of the $3,990.12; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Gilbert Jordan in the total amount of $4,425.00. East Coast Global, Inc. is liable for the entire $4,425.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $1,587.76 of the $4,425.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Carlos Miranda in the total amount of $4,092.00. East Coast Global, Inc. is liable for the entire $4,092.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $3,596.00 of the $4,092.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Limbert Ochoa in the total amount of $768.00. East Coast Global, Inc. is liable for the entire $768.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are

jointly and severally liable for $754.00 of the $768.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Rene Carlos Saldias-Maya in the total amount of $5,418.50. East Coast Global, Inc. is liable for the entire $5,418.50; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $4,774.50 of the $5,418.50; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Blanca Siles in the total amount of $1,680.00. East Coast Global, Inc. is liable for the entire $1,680.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $1,276.00 of the $1,680.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Melvy Siles-Andrade in the total amount of $1,680.00. East Coast Global, Inc. is liable for the entire $1,680.00; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $1,276.00 of the $1,680.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Juan Roberto Vallejos in the total amount of $10,095.00. East Coast Global, Inc. is liable for the full $10,095.00; however, defendants Mohammed Omar Hai and Manegha

Sabria Wahidi are jointly and severally liable for $8,903.00 of the $10,095.00; and it is further

ORDERED that damages be and are awarded in favor of plaintiff Javier Vela-Porco in the total amount of $3,564.50. East Coast Global, Inc. is liable for the full $3,564.50; however, defendants Mohammed Omar Hai and Manegha Sabria Wahidi are jointly and severally liable for $2,858.50 of the $3,564.50; and it is further

ORDERED that $17,251.20 in attorneys' fees and $350 in costs to cover the filing fee be and are awarded in favor of plaintiffs, against all defendants jointly and severally.

The Clerk is directed to forward copies of this Order to counsel of record and to defendants.

Entered this 13th day of January, 2012.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge